CLERK'S COURTROOM MINUTE SHEET – **CRIMINAL**

**UNITED STATES OF AMERICA,**

    Plaintiff,

    v.

**TYRON WAGNER,**

    Defendant.

Case No. 5:20-cr-40026-HLT

**Attorney for Plaintiff:**    Stephen Hunting
**Attorney for Defendant:**    Rich Federico

| JUDGE: | District Judge Holly L. Teeter | DATE: | 1/12/2023 |
|---|---|---|---|
| CLERK: | Andrea Schreyer | TAPE/REPORTER: | Kelli Stewart |
| INTERPRETER: | n/a | PROBATION: | Brad Schuh |

## REVOCATION OF SUPERVISED RELEASE – FINAL HEARING

Counsel and Defendant appear in person.

The Court confirms that Defendant has received and reviewed with Counsel the Amended Violation Report filed herein. Doc. 67. Defendant advises the Court that he wishes to waive an evidentiary hearing and stipulate to the allegations in paragraphs 22, 25, 26, and 27 in the violation report as set forth in the full record. The Court finds that Defendant's waiver is made knowingly and voluntarily and accepts Defendant's wavier and stipulation. The government moves to withdraw the remaining allegations as set forth in the full record. The Court **GRANTS** the request.

The government recommends that Defendant be sentenced to 13 months of imprisonment with no term of supervised release to follow as set forth in the full record. Defendant recommends that Defendant be sentenced to 8 months of imprisonment with a potential range of 18-24 months of supervised release to follow as set forth in the full record.

The Court finds that Defendant has violated the conditions of his supervised release and said term of supervised release is **REVOKED**. The Court sentences Defendant to 12 months and one day of imprisonment with one year of supervised release to follow as set forth in the full record.

Defendant is remanded to custody.